# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

129714

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CLINTON BRANAM,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129714
COA: 254522
Wayne CC: 03-008758

On order of the Court, the application for leave to appeal the August 23, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

Clerk

t0424